# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 JUN 25 A 9:04
[CLERK] COURT

(Full name of plaintiff(s))

Julie Valadez

v.

Case Number:

(Full name of defendant(s))

Waukesha County Circuit Court
Judge Michael J. Aprahamian
Molly J. Jasmer

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   WI DOJ SAfe at Home 3902 Milwaukee St #5400
   (Address) PO Box 7188, Madison WI 53707

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Waukesha County Courthouse__
   Judge Michael J. Aprahamian (Name)
   Molly Jasmer (see attachment Appendix)

Complaint – 1

Defendants:
Waukesha County Courthouse
515 W Moreland Blvd
Waukesha WI 53188


Michael J. Aprahamian
Waukesha County Circuit Court Judge
Branch 9 Court Room C263
515 W. Moreland Blvd
Waukesha WI 53188


Molly J. Jasmer
Grady & Hayes & Nearly LLC
N14 W23797 Stone Ridge Dr.
Suite 200
Waukesha WI 53188

Guardian ad Litem Waukesha County Courthouse

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.) (see Attachment) Appendix 1

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Claim - Emergency Injunctive Relief For:

Complaint - wrongful & unlawful civil order prohibiting contact with my own son.

On March 18, 2021 Judge Michael J. Aprahamian summoned me to attend an Order to Show Cause hearing which he did not have legal authority to do, an order to show cause that he motioned to himself on an order he wrote for me not to be able to contact him, while still presiding over the family law case 18FA296 which had closed and was/is on appeal 20AP1006 (taken by DV Leap - Domestic Violence Leagal Empowerment Appellate project as my case is against a domestic abuser Ricardo Valadez.)

Complaint - 2

and motion to remove my lawful placement with my son without a motion or allegation or hearing scheduled. He appointed Molly Jasper on Sept 23 2020

Judge Aprahamian allowed Molly Jasmer to attend who had been appointed to defend his final ruling in the appeal and who delayed the appeal, and caused the contact with the judge to begin with when she wrongfully obtained the appellate appellate transcripts and the court administrator Michael Niemon continued to direct me to contact the judge regarding the invoice I was requesting from the court reporter, and Molly also motioned to file a joint response brief with the domestic abuser (having not met any of us as she was not the GAL on the case Katherine DeLorezo was but was referred criminal charges where I am the victim for violating the Wisconsin Department of Justice Safe at Home Program by knowingly giving away my address actual location) the day before on March 17, 2021. My son was being treated in a mental health outpatient program at the time for PTSD from the abuse with his father and he stated his fear of his father and his fear his father would take him from his mother as he repeatedly stated.

Complaint - 3

(over)

This traumatised my son and he has been in critical condition to this day asking to be returned to his mother who he is unlawfully being kept from as he feared. On April 7, 2021 the police were dispatched to my son screaming for help. He was hospitalized for suicidal ideation asking for his mother and not to be with his father. On April 8 2021 Molly Jasmer illegally told the hospital not to allow any contact with his mother. She then wrote up a document "Prohibiting Contact" and based it unlawfully on her authority as a Chapter 767 GAL and presented it to the hospital to enforce without a Judges signature. There is a police report from this incident. Judge Aprahamian again without a hearing, signed the unlawful civil order on April 13, 2021 with a filing date and signature date of April 13, 2021 in violation of federal protected parental rights to ones own child. There is NO criminal allegation and NO restraing order. This order is unlawful and requires injunctive relief for myself and my son to preserve and protect our federal + constitutional rights.

If this is not addressed by the federal court there will continue to be irreparable harm and my son is now high risk suicidal after his third hospitalization since this wrongfully happened to him on March 18, 2021 and April 13, 2021. he is 13 years old and entitled to express his fears and requests honored. have his

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something. Immediate stay of the order pending Injunctive Relief of the unlawful orders entered April 13, 2021 in Waukesha County Family Court submitted by Molly Jasmer after committing a crime of presenting it as enforceable without a hearing notice and most importantly a judges signature. And award, if possible, of damages caused.

Complaint – 4

E. **JURY DEMAND**

I want a jury to hear my case.

☑ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __25__ day of __June__ 20__21__.

Respectfully Submitted,

*Julie Valadez*
Signature of Plaintiff

__262-745-3125__
Plaintiff's Telephone Number

__julie.c.valadez@gmail.com__
Plaintiff's Email Address

w/ DOJ SAFE at Home Program
3902 Milwaukee St. #SA00 PO Box 7188
Madison WI 53707
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5