FILED
04-13-2021
Clerk of Circuit Court
Waukesha County
2018FA000296

DATE SIGNED: April 13, 2021

Electronically signed by Michael J. Aprahamian
Circuit Court Judge

STATE OF WISCONSIN          CIRCUIT COURT          WAUKESHA COUNTY
                         FAMILY COURT DIVISION

In re the Marriage of:

Julie Valadez,
      Petitioner,

-and-                                                Case No. 2018-FA-296

Ricardo Valadez,
      Respondent.

## ORDER PROHIBITING CONTACT

Based on the April 9, 2021 letter and affidavit filed by the guardian ad litem in this matter, Attorney Molly Jasmer, and the authority provided to the guardian ad litem in the Court Order Appointing Guardian ad Litem, the following order is entered:

IT IS HEREBY ORDERED THAT:

1. Until further order of the Court, Ms. Julie Valadez shall have no contact with Ethan Valadez, in person, by mail, by email, by text, through social media, through third persons (including the minor children) or in any other way, except as follows:

    a. Ms. Valadez may have contact with Ethan Valadez in family therapy sessions if approved by the therapist and the guardian ad litem and in the manner specified by the therapist and guardian ad litem.

2. If Ms. Valadez fails to abide by this Order, she may be found in contempt and subject to the sanctions specified in Chapter 785 of the Wisconsin Statutes.

Attorney Molly Jasmer, State Bar No. 1026513
Grady, Hayes & Neary, LLC
N14 W23777 Stone Ridge Drive, Suite 200
Waukesha, WI 53188
TELEPHONE: (262) 347-2001, FACSIMILE: (262) 347-2205